[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-13286
Non-Argument Calendar
_____

D.C. Docket No. 5:18-cr-00058-VEH-HNJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DUSTIN TYLER SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(July 23, 2020)

Before WILSON, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Wilson Green, appointed counsel for Dustin Smith in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's convictions and sentences are **AFFIRMED**.